Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

_____ Division

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED     MAY 2 7 2025

CLERK

| | |
|---|---|
| Tiris Cage<br>Cage Logistics LLC<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>J CAL TRANSPORTATION SVCS<br><br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tiris Cage |
| Street Address | 534 Charles Ave |
| City and County | Baker |
| State and Zip Code | Louisiana 70714 |
| Telephone Number | 225-421-9882 |
| E-mail Address | makingcents76@gmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Defendant No. 1

| | |
|---|---|
| Name | Brian J Calhoun |
| Job or Title *(if known)* | Broker and Owner |
| Street Address | 3507 BISCAY Dr |
| City and County | ARLINGTON, |
| State and Zip Code | TX, 76016 |
| Telephone Number | 6825577604 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)*     Tiris Cage                          , is a citizen of the

State of *(name)*     Louisiana                     .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*     Cage Logistics                     , is incorporated

under the laws of the State of *(name)*     Louisiana                          ,

and has its principal place of business in the State of *(name)*

Louisiana                          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*     Brian J Calhoun,                     , is a citizen of

the State of *(name)*     Texas                          . Or is a citizen of

*(foreign nation)*                          .

2.     If the defendant is a corporation

The defendant, *(name)*     J CAL TRANSPORTATION SVCS LLC     , is incorporated under

the laws of the State of *(name)*     Texas                     , and has its

principal place of business in the State of *(name)*     ARLINGTON, TX,          .

Or is incorporated under the laws of *(foreign nation)*                     ,

and has its principal place of business in *(name)*     4020 Esters Road Apt 2073 Irving, Tx 75038, .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The defendant, *(name)* Brian J Calhoun, , owes the plaintiff *(specify the amount)* $ , because *(use one or more of the following, as appropriate)*:

### A.    On a Promissory Note

On *(date)* 04/05/2024 , the defendant signed and delivered a note promising to pay the plaintiff

on *(date)* 06/05/2024 the sum of *(specify the amount)* $ 47,860.74 with interest at the rate

of *(specify the amount)* 25.00 percent.  The defendant has not paid the amount due and owes

*(state the amount of unpaid principal and interest)* $ 10,274.81 .  A copy of the note is attached as an

exhibit or is summarized below. *(Attach the note or summarize what the document says.)*
The Truck earned 47,860.74 only paid 6,761.50 which left 41,099.24 promise to pay (25% ) of every load delivered , which make defendent owe me 10,274.81 Never Paid after repeated attempts to collect.

### B.    On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ . This debt arises from an

account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a credit–card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due.  The defendant owes *(specify the amount)* $ . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**C.**       **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered
by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

**D.**       **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned
the defendant on *(date)* _____ .

**E.**       **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to
the defendant on *(date)* _____ , when the defendant received the payment from *(specify who
paid and describe the circumstances of the payment)*

**F.**       **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ _____ on *(date)* _____ by
*(identify who paid and describe the circumstances of the payment)*

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as
that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a
deposit to be returned)*

**IV.      Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

The Truck earned under D.O.T 47,860.74 only paid 6,761.50 which left 41,099.24 promise to pay (25% ) of every load which make defendent owe me 10,274.81 The defendent claims that i owe him damages for damages to the truck which was a violation to the agreement for my services delivered .

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    05 /27 /25

Signature of Plaintiff    *Tiris Cage*

Printed Name of Plaintiff    Tiris Cage

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____